UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD MOREHEAD,<br><br>               Plaintiff,<br><br>     v.<br><br>NANCY A. BERRYHILL,[1]<br><br>               Defendant. | CASE NO. C16-1155JLR<br><br>ORDER GRANTING MOTION TO FILE OBJECTIONS |

Before the court is Plaintiff Donald Morehead's motion for leave to file objections to the Report and Recommendation past the deadline. (Mot. (Dkt. # 19).) Mr. Morehead states that he received the Report and Recommendation after the deadline for objections had passed. (*See* Mot.) The record shows that the court mailed Mr. Morehead the Report and Recommendation on January 24, 2017 (*see* Dkt.), but he states—without explanation—that he did not receive it until February 21, 2017 (Mot. at 1). The court GRANTS the motion and ORDERS that Mr. Morehead file his objections to the Report

---

[1] Nancy A. Berryhill is now the Acting Commissioner of the Social Security Administration. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin as Defendant in this suit. The court DIRECTS the Clerk to update the docket, and all future filings by the parties should reflect this change.

ORDER GRANTING MOTION TO FILE OBJECTIONS - 1

and Recommendation no later than March 23, 2017.  However, the court warns Mr. Morehead that he is responsible for complying with court orders and deadlines and keeping an up-to-date address with the court.  *See* Local Rules W.D. Wash. LCR 7(j), 10(f).

DATED this 9th day of March, 2017.

JAMES L. ROBART
United States District Judge